IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KAROL JOHANA BOTERO-NAVARRO and JOSE MANUEL RAMIREZ-MEDINA,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF TAYLORSVILLE, CHIEF BRADY COTTAM, and SERGEANT SCOTT LLOYD,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF BOTERO-NAVARRO**<br><br>Case No. 2:23-cv-100-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

On March 26, 2024, United States Magistrate Judge Dustin B. Pead issued a Report & Recommendation (R&R) (ECF No. 72) recommending that the court grant the Defendants' motion for summary judgment (ECF No. 58) against Plaintiff Karol Johana Botero-Navarro under Federal Rule of Civil Procedure Rule 41(b). Ms. Botero-Navarro failed to respond to both the Defendants' motion and the court's order to show cause why the Defendants' motion should not be granted based on Ms. Botero-Navarro's failure to respond (ECF No. 69). Ms. Botero-Navarro had fourteen days to object to the R&R. See Fed. R. Civ. P. 72(b)(2).[1]

The time for objecting has passed and nothing has been filed. Accordingly, the court reviewed the R&R for clear error and finds that it is correct in all material respects. See Fed. R.

---

[1] Because Ms. Botero-Navarro received service of the R&R by mail, the court gave her three additional days to object to the R&R. See Fed. R. Civ. P. 6(d).

1

Civ. P. 72 Advisory Committee Notes 1983 Addition Subdivision (b).  The court agrees that the Defendants' motion against Ms. Botero-Navarro should be granted.

## ORDER

The court adopts the R&R (ECF No. 72) in its entirety and grants the Defendants' motion for summary judgment against Ms. Botero-Navarro (ECF No. 58).  The Defendants' motion remains pending against Plaintiff Jose Manuel Ramirez-Medina.

The court also orders the Defendants and Mr. Ramirez-Medina—who have represented to the court that they are engaged in settlement negotiations (see Mot. to Stay Briefing, ECF No. 65)—to file settlement papers or a status report informing the court on the progress of their settlement negotiations by June 1, 2024.

DATED this 15th day of April, 2024.

BY THE COURT:

_____
Tena Campbell
United States District Judge